UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                :
BYRON BREEZE, JR.,                                              :
                                                                :
                                Plaintiff,                      :
                                                                :          25-CV-8762 (JMF)
                -v-                                             :
                                                                :          ORDER
TOWN SPORTS INTERNATIONAL                                       :
HOLDINGS, INC. D/B/A NEW YORK SPORTS                            :
CLUBS-W 73RD ST et al.,                                         :
                                                                :
                                Defendants.                     :
                                                                :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **December 8, 2025**, Defendant Park Royal Owners, Inc. was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 10. To date, Defendant has failed to appear in this action. No later than **January 12, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: January 5, 2026
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge