# YAPCHANYK PREZIOSO & YANG
## ATTORNEYS AT LAW

CHRISTOPHER M. YAPCHANYK
RICHARD C. PREZIOSO
LAUREN S. YANG

_____

MAUREEN E. PEKNIC
ANTHONY J. TOMARI
ROBERT M. MAZZEI
MILES A. LINEFSKY
PETER T. MENSCHING
MICHELLE L. VIZZI

550 Madison Avenue ● 10th Floor
New York, NY 10022
TEL  (212) 612-4200
FAX  (212) 612-4284

Not a Partnership or Professional Corporation
Employees of ACE American Insurance Company, a Chubb Company

ANTHONY BOVERY
ERICA HOLDER
PETER J. CALANDRELLA
ADAM BEVELACQUA

OF COUNSEL
JAMES C. GROSSO
JONATHAN E. HILL
BHAVLEEN K. SABHARWAL
PAUL TUMBLESON

January 5, 2026

Judge Jesse M. Furman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:    BREEZE V. TOWN SPORTS INTERNATIONAL HOLDINGS, INC.
              Index Number:  1:25-cv-08762

Dear Judge Furman:

This firm represents Defendant Park Royal Owners, Inc. in the above-referenced matter. We write to request an extension of time to respond to the Complaint in this matter through February 19, 2026. Defendant's response is currently overdue. This extension is necessary as the firm was recently retained and time is needed to fully investigate and evaluate the claims. This is Defendant's first request for an extension.

Defendant also requests an adjournment to the Hearing currently scheduled for February 3, 2026. Counsel for Plaintiff has consented to both requests.

We thank you for your attention to this matter.

              Respectfully submitted,
              YAPCHANYK, PREZIOSO & YANG

              Lauren S. Yang

*Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to **March 3, 2026**, at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 12.*

LSY:mc

cc.    All Parties via PACER

*SO ORDERED.*

*January 6, 2026*