UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BYRON BREEZE, JR.,                                                     :
                                                                       :
                                        Plaintiff,                     :
                                                                       :          25-CV-8762 (JMF)
                    -v-                                                 :
                                                                       :          ORDER OF DISMISSAL
TOWN SPORTS INTERNATIONAL                                              :
HOLDINGS, INC. D/B/A NEW YORK SPORTS                                   :
CLUBS-W 73RD ST et al.,                                                :
                                                                       :
                                        Defendants.                    :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Complaint in this action was filed on October 22, 2025.  *See* ECF No. 1.  On January 21, 2026, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made on Defendant Town Sports International Holdings, Inc. ("Town Sports") within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure — or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days.  *See* ECF No. 15.  The Court notified Plaintiff that if he did not show good cause — or file anything — by February 4, 2026, the Court would dismiss the Complaint.  *Id.*  On January 26, 2026, Plaintiff filed proof that he served a copy of the Court's January 21, 2026 Order on both Defendants, *see* ECF No. 16, but he did not file anything with respect to whether he had served Defendant Town Sports with a copy of the Complaint and Summons or shown good cause for not doing so.

        Accordingly, the Complaint is DISMISSED with respect to Defendant Town Sports without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate Defendant Town Sports International Holdings, Inc. as a party to this case.  All other deadlines remain in effect.

        SO ORDERED.

Dated:  February 5, 2026
        New York, New York                          _____
                                                     JESSE M. FURMAN
                                                     United States District Judge