UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                               :

BYRON BREEZE, JR.,                       :

                        Plaintiff,       :
                                                :          25-CV-8762 (JMF)

       -v-                       :
                                              :           ORDER
NEW TSI WEST 73, LLC d/b/a NEW YORK SPORTS  :
CLUBS-W 73RD ST et al.,              :
                                                  :

                        Defendants.     :
                                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On **April 10, 2026**, Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 30, 31. To date, Defendants have failed to appear in this action. No later than **May 11, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if he has any other reason to believe that Defendants have actual notice of this lawsuit.

       Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

       SO ORDERED.

Dated: May 4, 2026
       New York, New York                           _____
                                              JESSE M. FURMAN
                                              United States District Judge