UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                        :

BYRON BREEZE, JR.,                          :

                        Plaintiff,        :

                                  :          25-CV-8762 (JMF)

      -v-                        :

                                  :            ORDER

NEW TSI WEST 73, LLC d/b/a NEW YORK SPORTS  :
CLUBS-W 73RD ST et al.,           :

                                :

                    Defendants.     :

                                :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 12, 2026 Order, ECF No. 34, Defendants were required to file a response to the Amended Complaint, no later than June 12, 2026. To date, Defendants have not filed any response. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 18, 2026**. Failure to file a response by that deadline may result in default judgment being entered against Defendants. Further, the initial pretrial conference previously scheduled for June 23, 2026 at 9:00 a.m. is hereby ADJOURNED to **June 30, 2026 at 9:00 a.m.** The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: June 15, 2026
      New York, New York                   _____
                                        JESSE M. FURMAN
                                    United States District Judge